**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**December 16, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 03-31081
_____

CARL HOOPER,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA, ET AL.,

Defendants,

LOCKHEED MARTIN SPACE SYSTEMS COMPANY, formerly known as Lockheed Martin Michoud Space Systems,

Defendant-Appellee.

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 02-CV-3652

_____

Before BARKSDALE, GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5TH CIR. R. 47.6

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.